FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTHERN ARTISAN POTABLES LLC, a Colorado limited liability company,<br><br>       Plaintiff,<br><br>       v.<br><br>LIQUID BRANDS DISTILLERY LLC, a Washington limited liability company; and PRECEPT BRANDS LLC, a Washington limited liability company,<br><br>       Defendant. | No. 2:21-CV-00241-SAB<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 47. The parties indicate that this matter has settled and move the Court to dismiss the action with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby accepts the stipulation and dismisses the action.

//
//
//
//
//

**ORDER DISMISSING CASE *1**

Accordingly, **IT IS HEREBY ORDERED**:

1.      The parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 47, is **GRANTED** and **ACCEPTED into the record**.

2.      The above-captioned case and all claims and counterclaims asserted therein are **DISMISSED with prejudice**, with each party to bear its own costs and attorneys' fees.

3.      The Clerk of Court is directed to **CLOSE** the file.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 20th day of October 2022.



                        Stanley A. Bastian
                Chief United States District Judge

**ORDER DISMISSING CASE** *2